**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7162**

─────────────

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          versus

PERCELL A. DAVIS,

                    Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.
(CR-98-47, CA-01-392-2)

─────────────

Submitted:  October 4, 2001          Decided:  October 12, 2001

─────────────

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Percell A. Davis, Appellant Pro Se.  Fernando Groene, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Percell A. Davis seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001), and denying subsequent motions to amend his § 2255 motion and for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.[*] United States v. Davis, Nos. CR-98-47; CA-01-392-2 (E.D. Va. June 8, June 18, and June 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] We recently held in United States v. Sanders, 247 F.3d 139 (4th Cir. 2001), that the new rule announced in Apprendi v. New Jersey, 530 U.S. 466 (2000), is not retroactively applicable to cases on collateral review. Accordingly, Davis' Apprendi claim is not cognizable.

2